## IN THE MATTER OF THE LAST WILL AND TESTAMENT OF PETER CURRY, DECEASED

1810

### JOURNAL ENTRIES

1. Application made . . . . . . . . . *Journal, infra,* *p. 307
2. Proof . . . . . . . . . . . . . " 320
3. Proof . . . . . . . . . . . . . " 320
4. Judgment . . . . . . . . . . . " 327

### PAPERS IN FILE
[None]

## JOHN ANDERSON, GABRIEL GODFROY, AND FRANÇOIS NAVARRE

v.

## LEWIS BOND

1810

### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . *Journal, infra,* *p. 308
2. Rule to declare . . . . . . . . . . " 324
3. Jurors . . . . . . . . . . . . " 345
4. Verdict . . . . . . . . . . . . " 347
5. Motion for new trial made . . . . . . . " 349
6. Reasons filed . . . . . . . . . . " 356
7. Motion granted . . . . . . . . . . " 386

### PAPERS IN FILE
[None]